IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY DIXON, KEJUAN FULTON, RUSSELL HAROLD, and ROBERTO VILLALVA a/k/a ROBERTO VILLALBA, | ) ) ) ) ) | Case No. 17-cv-02211 |
| Plaintiffs | ) ) | Honorable Ronald A. Guzman, Judge Presiding |
| v. | ) ) | |
| GAS PLUS, INC., an Illinois corporation, d/b/a BUDDY BEAR CAR WASH and PHILLIP DEGERATTO, an individual, | ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## **STIPULATION FOR DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises, and the parties having notice and being in agreement after having fully resolved this matter:

IT IS HEREBY ORDERED as follows: That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs.

| For the Plaintiffs, | For the Defendants, |
|---|---|
| /s/ Timothy M. Nolan | /s/ Danielle J. Gould |
| Attorney for the Plaintiffs | One of the attorneys for Defendants |

Dated…………………………., 2018

ENTER_____